557

69 A.3d 235

**Fernando A. GARCIA, Appellant**

**v.**

**PA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 70 MAP 2012.**

Supreme Court of Pennsylvania.

June 18, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of June, 2013, the Order of the Commonwealth Court is hereby **AFFIRMED.**